■ EDWIN R. HACKETT et al., Appellants, v. MARILYN VANSANT et al., Respondents.— Motion by appellants to dispense with printing of the record and brief. Motion denied. Appellants have failed to show their financial inability to print. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ In the Matter of the Estate of WILLIAM H. FALES, Deceased. BARBARA D. FALES, Appellant; REBECCA F. FALES, Respondent.— Motion to dismiss appeal denied, without costs. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ In the Matter of IRVING A. HARRIS, Appellant, v. MARGERS J. LAIVINS et al., Respondents.— Motion to dispense with printing granted by default. The appeal will be heard on the original papers (including the typed minutes) and on typewritten briefs. The parties are directed to file six copies of their respective briefs and to serve one copy on each other. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ In the Matter of JAMES R. McELROY, Petitioner, v. WILLIAM J. McANDREWS et al., Constituting the Board of Police Commissioners of the Village of Hastings-on-Hudson, Respondents.— Motion by respondents to dismiss proceeding for lack of prosecution, granted by default, with $10 costs, and proceeding dismissed. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ (A) In the Matter of MARIA MANIA et al., Appellants, v. DURALDO REALTY CORP., Respondent. (B) ARTHUR B. HUNT, Appellant, v. SILMAN-HALL APARTMENTS, INC., Respondent and Third-Party Plaintiff. FEIN-SCHLOSBERG, INC., Third-Party Defendant. (C) LEONARD KENWOOD, Respondent, v. NEW YORK TRANSIT AUTHORITY et al., Defendants, and JAMES LAMPERT, Appellant.— [In each action] Motion by respondent to dismiss appeal for lack of prosecution, granted by default, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ In the Matter of the Accounting of JENNIE NAVASKY as Administratrix C. T. A. of the Estate of LIZZIE BIRNBAUM, Also Known as LIZZIE WILNER, Deceased, Respondent. BORIS J. FRIEDKISS, Appellant.— Motion by appellant to vacate an order of this court dismissing the appeal, to extend his time to perfect the appeal, and to dispense with printing. Motion denied. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ DANIEL KELLY, Respondent, v. VINCENT VOLLARO et al., Appellants.— Motion by appellants for a stay pending appeal granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the January 1961 Term. The appeal is ordered on the calendar for said term. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ MAE L. LECHNER et al., Appellants, v. FRANK LECHNER, Respondent. FRANK LECHNER, Plaintiff, v. LOUISE LECHNER et al., Defendants. LANA ESTATES, INC., Plaintiff, v. FRANK LECHNER, Defendant.— Motion by appellants to dispense with printing record and briefs, to abbreviate record and to extend time to perfect the appeal. Motion granted to the extent of extending the time to perfect the appeal to the January 1961 Term; otherwise motion denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.